ACCEPTED
03-15-00226-CV
6709653
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 4:36:59 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/28/2015 4:36:59 PM

JEFFREY D. KYLE
Clerk

August 28, 2015

*Via File & ServeXpress*

Mr. Jeffrey D. Kyle,
Clerk of the Court
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

      Re:    Docket No. 03-15-00226-CV; *Texas Health and Human Services Commission v. Linda Puglisi*, in the Third Court of Appeals, Austin, Texas

Dear Mr. Kyle:

      Pursuant to the Court's request, this is to confirm my intent to argue on behalf of Appellant before this court on October 7, 2015 at 1:30 p.m.

      Please advise if we may be of further assistance in this matter.

                Sincerely,

                */s/ Eugene A. Clayborn*
                Eugene A. Clayborn
                Assistant Attorney General

cc:      Maureen O'Connell (Attorney for Appellee)